**BEFORE THE UNITED STATES JUDICIAL PANEL ON**
**MULTIDISTRICT LITIGATION**

**IN RE: BABY FOOD MARKETING, SALES PRACTICES**  **MDL DOCKET <u>Pending No. 2</u>**
**AND PRODUCTS LIABILITY LITIGATION (NO. II)**

*CORRECTED* **SCHEDULE OF ACTIONS**

| # | Plaintiff(s) | Defendants | Court | Civil Action No. | Judge Assigned |
|---|---|---|---|---|---|
| 1 | A.A., and M.A., minors represented by their mother and Guardian ad Litem Vanity Vale-Ayala | Hain Celestial Group, Inc.; Beech-Nut Nutrition Company; Gerber Products Company; and Walmart, Inc. | U.S. District Court for the Northern District of California | 3:23-cv-06087 | Judge Jacqueline Scott Corley |
| 2 | V.Z., a minor, represented by her mother and Guardian ad Litem Ylexis A. Zapien | Gerber Products Company | U.S. District Court for the Northern District of California | 3:23-cv-06324 | Judge Richard Seeborg |
| 3 | A.T., a minor, represented by his mother and Guardian ad Litem Sequoia Tomahn | Gerber Products Company; and Sprout Foods, Inc. | U.S. District Court for the Northern District of California | 4:23-cv-06344 | Judge Jon S. Tigar |
| 4 | M.H., a minor, represented by his mother and Guardian ad Litem Marwa Amer | Hain Celestial Group, Inc.; Gerber Products Company; and DOES 1 through 10 inclusive | U.S. District Court for the Central District of California (Southern Division) | 8:23-cv-02203 | Judge Fred W. Slaughter Magistrate Judge John D. Early |
| 5 | D.S., a minor, represented by his mother and | Hain Celestial Group, Inc.; Beech-Nut Nutrition Company; Gerber Products | U.S. District Court for the Central District of California | 2:23-cv-10193 | Judge Fred W. Slaughter |

| # | Plaintiff(s) | Defendants | Court | Civil Action No. | Judge Assigned |
|---|---|---|---|---|---|
|  | Guardian ad Litem Tamera Wilson | Company; Walmart, Inc. and DOES 1 through 10 inclusive | (Western Division) |  | Magistrate Judge John D. Early |
| 6 | D.M.P., a minor child by and through his legal guardian, ANNIE POMPA MOREJON; C.V.P., a minor child by and through his legal guardian, RUBY PEREZ CHINO; C.R.C., a minor child by and through his legal guardian, AMERICA CARDONA; J.P. a minor child by and through his legal guardian, JESENIA PLASCENCIA; D.P,U. a minor child by and through his legal guardian MARGARET PATNEAUD; E.R., a minor child by and through his legal guardian FANNY LOPEZ; and A.M., a minor child by and through his legal guardian ADRIANA MUNOZ | Beech-Nut Nutrition Company, Inc.; Gerber Products Company; Plum PBC, d.b.a. Plum Organics; Sprout Foods, Inc.; Walmart, Inc.; Hain Celestial Group, Inc.; and Nurture, Inc. | U.S. District Court for the District of Nevada | 2:23-cv-00344 | Judge Cristina D. Silva Magistrate Judge Elayna J. Youchah |
| 7 | K.M., a minor child by and through his legal guardian, Robin Maglinti | Beech-Nut Nutrition Company, Inc.; Gerber Products Company; and Walmart, Inc. | U.S. District Court for the District of Nevada | 2:23-cv-02121 | Judge Cristina D. Silva Magistrate Judge Cam Ferenbach |

| # | Plaintiff(s) | Defendants | Court | Civil Action No. | Judge Assigned |
|---|---|---|---|---|---|
| 8 | H.N., a minor, by and through his mother and Next Friend Geraldine Nji | Gerber Products Company; Nestle S.A.; Beech-Nut Nutrition Company Inc.; Walmart, Inc.; Plum, PBC; Campbell Soup Company; and DOES 1 through 10 inclusive | U.S. District Court for the Western District of Missouri | 4:23-cv-00942 | District Judge Stephen R. Bough |
| 9 | Jewel Mosley, individually and as Legal Guardian for her minor child, T.E. | Hain Celestial Group, Inc.; Nurture, Inc.; Danone S.A; Plum, PBC, d.b.a. Plum Organics; Campbell Soup Company; Beech-Nut Nutrition Company; Gerber Products Company; Nestle S.A.; and Walmart, Inc. | U.S. District Court for the Western District of Washington | 3:23-cv-06176 | Judge Benjamin H. Settle |
| 10 | Shawntilea Clark, individually and on behalf of E.M., a minor | The Hain Celestial Group, Inc., a Delaware corporation; Beech-Nut Nutrition Company, a Delaware corporation; Gerber Products Company, a Michigan corporation; Nurture, Inc., a Delaware corporation; Sprout Foods, Inc., a Delaware corporation; Walmart, Inc., a Delaware corporation | U.S. District Court for the District of Arizona (Phoenix Division) | 2:23-cv-02607 | Senior Judge Roslyn O. Silver |

| # | Plaintiff(s) | Defendants | Court | Civil Action No. | Judge Assigned |
|---|---|---|---|---|---|
| 11 | Margaret Watkins and James Watkins, on behalf of Their Minor Son, JMW | Nurture, LLC; Hain Celestial Group, Inc.; Amazon.com Services LLC; Whole Foods Market Services, Inc.; and Does 1-100 | U.S. District Court for the Eastern District of Louisiana | 2:22-cv-00551 | Judge Darrel James Papillion Magistrate Donna Phillips Currault |

Dated:  January 4, 2024

Respectfully submitted,

*/s/ Pedram Esfandiary*
Pedram Esfandiary (SBN: 312569)
pesfandiary@wisnerbaum.com
**WISNER BAUM, LLP**
11111 Santa Monica Blvd., Suite 1750
Los Angeles, CA  90025
Telephone:  (310) 207-3233
Facsimile:  (310) 820-7444

*Counsel for Plaintiffs A.A., and M.A., minors represented by their mother and Guardian ad Litem Vanity Vale-Ayala; D.S., a minor, represented by his mother and Guardian ad Litem Tamera Wilson; M.H., a minor, represented by his mother and Guardian ad Litem Marwa Amer; D.M.P., a minor child by and through his legal guardian, Annie Pompa Morejon; C.V.P., a minor child by and through his legal guardian, Ruby Perez Chino; C.R.C., a minor child by and through his legal guardian, America Cardona; J.P. a minor child by and through his legal guardian, Jesenia Plascencia; D.P,U. a minor child by and through his legal guardian Margaret Patneaud; E.R., a minor child by and through his legal guardian Fanny Lopez; and A.M., a minor child by and through his legal guardian Adriana Munoz.*