BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: BABY FOOD MARKETING,                                    MDL DOCKET <u>3101</u>
SALES PRACTICES AND PRODUCTS
LIABILITY LITIGATION (NO. II)

<u>**SUPPLEMENTAL INFORMATION IN RESPONSE TO DOCKET NO. 67**</u>

Movants hereby submit the following supplemental information clarifying which Plaintiffs are moving for centralization in this docket, and the reason for any discrepancy with the original Motion to Transfer.

Movants are the following Plaintiffs:

| Plaintiff(s) | Court | Civil Action No. |
|---|---|---|
| A.A., and M.A., minors represented by their mother and Guardian ad Litem Vanity Vale-Ayala | U.S. District Court for the Northern District of California | 3:23-cv-06087 |
| M.H., a minor, represented by his mother and Guardian ad Litem Marwa Amer | U.S. District Court for the Central District of California (Southern Division) | 8:23-cv-02203 |
| D.S., a minor, represented by his mother and Guardian ad Litem Tamera Wilson | U.S. District Court for the Central District of California (Western Division) | 2:23-cv-10193 |
| Jewel Mosley, individually and as Legal Guardian for her minor child, T.E. | U.S. District Court for the Western District of Washington | 3:23-cv-06176 |

Due to a clerical error, the following Plaintiffs were erroneously identified as movants in the initial Motion to Transfer. Accordingly, the cases listed below appropriately filed Interested Party responses as these plaintiffs did not intend to join the initial Motion.

1

| Plaintiff(s) | Court | Civil Action No. | Response Docket No. |
|---|---|---|---|
| D.M.P., a minor child by and through his legal guardian, ANNIE POMPA MOREJON; C.V.P., a minor child by and through his legal guardian, RUBY PEREZ CHINO; C.R.C., a minor child by and through his legal guardian, AMERICA CARDONA; J.P. a minor child by and through his legal guardian, JESENIA PLASCENCIA; D.P,U. a minor child by and through his legal guardian MARGARET PATNEAUD; E.R., a minor child by and through his legal guardian FANNY LOPEZ; and A.M., a minor child by and through his legal guardian ADRIANA MUNOZ | U.S. District Court for the District of Nevada | 2:23-cv-00344 | 66 (Errata for Dkt. 57) |
| K.M., a minor child by and through his legal guardian, Robin Maglinti | U.S. District Court for the District of Nevada | 2:23-cv-02121 | 58 (Errata for Dkt. 56) |
| H.N., a minor, by and through his mother and Next Friend Geraldine Nji | U.S. District Court for the Western District of Missouri | 4:23-cv-00942 | No Response Filed. |
| Shawntilea Clark, individually and on behalf of E.M., a minor | U.S. District Court for the District of Arizona (Phoenix Division) | 2:23-cv-02607 | 61 (Errata to Dkt. 53) |
| C.G. a minor represented by his mother and Guardian Ad Litem Kameisha Garcia | U.S. District Court for the Central District of California | 24-cv-00148 | 61 (Errata to Dkt. 53) |

| Plaintiff(s) | Court | Civil Action No. | Response Docket No. |
|---|---|---|---|
| B.P. a minor represented by his mother and Guardian Ad Litem Miriam Alvarez | U.S. District Court for the Eastern District of California | 24-cv-00304 | 61 (Errata to Dkt. 53) |
| V.Z., a minor, represented by her mother and Guardian ad Litem Ylexis A. Zapien | U.S. District Court for the Northern District of California | 3:23-cv-06324 | 51 |
| A.T., a minor, represented by his mother and Guardian ad Litem Sequoia Tomahn | U.S. District Court for the Northern District of California | 4:23-cv-06344 | 63 (Errata for Dkt. 55) |

Dated:  February 6, 2024

Respectfully submitted,

*/s/ Pedram Esfandiary*
Pedram Esfandiary (SBN: 312569)
pesfandiary@wisnerbaum.com
**WISNER BAUM, LLP**
11111 Santa Monica Blvd., Suite 1750
Los Angeles, CA  90025
Telephone:  (310) 207-3233
Facsimile:  (310) 820-7444

*Counsel for Plaintiffs A.A., and M.A., minors represented by their mother and Guardian ad Litem Vanity Vale-Ayala; D.S., a minor, represented by his mother and Guardian ad Litem Tamera Wilson; M.H., a minor, represented by his mother and Guardian ad Litem Marwa Amer; and Jewel Mosley, individually and as Legal Guardian for her minor child, T.E.*