**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: BABY FOOD PRODUCTS LIABILITY LITIGATION** | **MDL DOCKET NO. 3101** |

## AMAZON.COM SERVICES LLC'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR TRANSFER OF ACTIONS

Defendant Amazon.com Services LLC ("Amazon") by and through its counsel, respectfully submits this Response Memorandum ("Response") in Opposition to Plaintiffs' Motion for Transfer of Actions pursuant to 28 U.S.C. § 1407.

Amazon joins in and adopts by this reference the arguments advanced in Defendant Whole Foods Market Services, Inc.'s Response in Opposition to Plaintiffs' Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407 for Coordination or Consolidated Pretrial Proceedings. ECF 70. Like Whole Foods, Amazon is a retailer rather than a manufacturer and is a defendant in but a single case, *Watkins v. Nurture, LLC et al.*, U.S. District Court, Eastern District of Louisiana, Case No. 22-CV-00551. That case is well-advanced in discovery and has a trial setting in January 2025. Combining the *Watkins* case with less-developed and legally and factually distinct cases against manufacturer defendants would be inefficient and wasteful.

Amazon respectfully requests that the Panel deny Plaintiff's Motion for Transfer. Should the Panel grant the Motion, Amazon requests that the *Watkins* case not be included in any consolidated proceedings.

Respectfully submitted,

 s/ P. Andrew McStay, Jr.

P. Andrew McStay, Jr.
DAVIS WRIGHT TREMAINE LLP
1300 SW Fifth Avenue, Suite 2400
Portland, Oregon 97201
Telephone: (503) 241-2300
Facsimile: (503) 778-5299
andymcstay@dwt.com
*Attorneys for Amazon.com Services LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2024, a true and correct copy of the above and foregoing pleading was filed electronically with the Clerk of the Court of the U.S. Judicial Panel on Multidistrict Litigation by using the CM/ECF system.  Notice of the filing will be sent to all counsel of record registered to receive electronic service by operation of the CM/ECF system.


*s/ P. Andrew McStay, Jr.*
 P. Andrew McStay, Jr.
*Attorneys for Amazon.com Services LLC*