**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE BABY FOOD MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION (NO. II)** | **MDL No. 3101** |

**DEFENDANTS BEECH-NUT NUTRITION COMPANY, WALMART INC., GERBER PRODUCTS COMPANY, THE HAIN CELESTIAL GROUP INC., SPROUT FOODS, INC., PLUM PBC, AND CAMPBELL SOUP COMPANY'S
MOTION FOR LEAVE TO FILE**

Beech-Nut Nutrition Company, Walmart Inc., Gerber Products Company, the Hain Celestial Group Inc., Sprout Foods, Inc., Plum PBC, and Campbell Soup Company ("Defendants") hereby request leave to file the final version of the excerpts of the February 6, 2024 hearing transcript in *Pourdanesh v. Hain Celestial Group, Inc.*, *et al.* Defendants previously described the final version of this transcript as Exhibit 11, submitted in support of Response of Defendants in Opposition to Motion for Transfer, and explained that it would be forthcoming. ECF No. 73-1, ¶¶ 8, 12. Defendants received the final certified version of this transcript on February 20, 2024, and request leave to insert the transcript as Exhibit 11. Declaration of Livia M. Kiser, ¶ 2.

Additionally, Defendants request leave to submit excerpts of a new final certified transcript from a hearing that related to Defendants' request for statutory costs that took place on February 14, 2024 in *NC v. Hain Celestial Group, Inc., et al.*, after the filing of Defendants' Response. *Id*. at ¶ 3. During this hearing, Movants' lead counsel, Mr. Wisner stated in response to a question regarding an agreement on recovery of costs that "obviously, I can bind all of my clients and I can bind all the other plaintiff's firms with substantial dockets to such an agreement." *Id*., Exhibit 12. Defendants believe this transcript excerpt informs the points made in Defendants' Response (ECF No. 73) and will be helpful to the Panel's consideration of the Motion. Defendants therefore seek leave to submit this hearing transcript.

Dated: February 23, 2024                              Respectfully submitted,

By: */s/ Livia M. Kiser*
Livia M. Kiser
**KING & SPALDING, LLP**
110 N. Wacker Drive, Suite 3800
Chicago, IL 60606
Telephone: (312) 764-6911
Facsimile: (312) 995-6330
Email: lkiser@kslaw.com

*Counsel for Beech-Nut Nutrition Company*

By: */s/ Michael L. Resch*
Michael L. Resch
**KING & SPALDING LLP**
50 California St # 3300
San Francisco, CA 94111
Telephone: (415) 318-1230
Facsimile: (415) 318-1300
Email: mresch@kslaw.com

*Counsel for Walmart Inc.*

By: */s/ Michael X. Imbroscio*
Michael X. Imbroscio
**COVINGTON & BURLING, LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-5694
Facsimile: (202) 778-5694
Email:mimbroscio@cov.com

*Counsel for The Hain Celestial Group, Inc.*

By: */s/ Hope S. Freiwald*
Hope S. Freiwald
**DECHERT LLP**
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Telephone: (215) 994-2514
Facsimile: (215) 665-2514
Email: hope.freiwald@dechert.com

*Counsel for Plum, PBC*

By: */s/ Peter M. Ryan*
Peter M. Ryan
**COZEN O'CONNOR**
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Telephone: (215) 665-2130
Facsimile: (215) 701-2157
Email: pryan@cozen.com

*Counsel for Campbell Soup Company*

By: */s/ Bryan A. Merryman*
Bryan A. Merryman
**WHITE & CASE LLP**
555 S. Flower Street, Suite 2700
Los Angeles, CA 90071
Telephone: (213) 620-7700
Facsimile: (213) 452-2329
Email: bmerryman@whitecase.com

*Counsel for Gerber Products Company*

By: */s/ Nancy Erfle*
Nancy Erfle
**GORDON REES SCULLY MANSUKHANI, LLP**
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Phone: (503) 382-3852
Fax: (503) 616-3600
Email: nerfle@grsm.com

*Counsel for Sprout Foods, Inc.*